IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE PRATER, CHRISTINA STROYICK, ANGELICA MURILLO, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, | § § § § § | CIVIL ACTION NO: 07-CV-2349<br><br>JURY |
| Plaintiffs | § § | |
| V. | § § | |
| COMMERCE EQUITIES MANAGEMENT COMPANY, INC., COMMERCE EQUITIES, INC., COMMERCE EQUITIES – SETTLER'S RANCH LTD., BAYOU ON THE BEND HOLDINGS, LTD., MID RISE BUILDERS, LLC and MATTHEW G. DILICK, | § § § § § § § § | COLLECTIVE ACTION |
| Defendants. | § | |

## PLAINTIFFS' NOTICE TO COURT OF AMENDED NOTICE TO POTENTIAL CLASS MEMBERS

Plaintiffs Jasmine Prater ("Prater"), Christina Stroyick ("Stroyick") and Angelica Murillo ("Murillo") (collectively referred to herein as "Plaintiffs") file their Notice to the Court of their Amended Notice to Potential Class Members and would show as follows:

On November 19, 2007, this Court granted Plaintiffs' motion for notice, motion for expedited discovery and ordered the parties to mediate by January 15, 2008. The Court also gave Defendants until December 7, 2007 to make comments to the notice previously filed by the Plaintiffs.

The Court granted the notice for two subclasses not originally included in Plaintiffs' initial notice. Therefore, Plaintiffs revised the notice to reflect this Court's order, and on November 21, 2007 forwarded it to Defendants' counsel for any comments.

*See* Email dated 11/21/07, attached hereto as Exhibit 1. As of this date, no comments have been made.

Accordingly, Plaintiffs attach the amended notice for the Court's review. *See* Notice, attached hereto as Exhibit 2.

                                   Respectfully submitted,

                                   STEELE STURM PLLC

                                   */s/ Howard L. Steele, Jr.*
                                   Howard L. Steele, Jr.
                                   Fed. Bar ID # 21615
                                   Wells Fargo Plaza
                                   1000 Louisiana, Suite 3780
                                   Houston, Texas 77002
                                   (713) 659-2600 [Telephone]
                                   (713) 659-2601 [Facsimile]

                                   **ATTORNEY FOR PLAINTIFFS**
                                   **JASMINE PRATER, CHRISTINA STROYICK**
                                   **AND ANGELICA MURILLO**

**OF COUNSEL:**

Charles Sturm
Fed. Bar ID # 21777
Kim Goodling
Fed. Bar ID # 33873
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, Texas 77002
(713) 659-2600 [Telephone]
(713) 659-2601 [Facsimile]

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record via e-file, facsimile and/or certified mail, return receipt requested on this the 28th day of November, 2007.

Mark Oberti
Seyfarth Shaw
700 Louisiana, Suite 3700
Houston, Texas 77002

                                        */s/ Howard L. Steele, Jr.*
                                        Howard L. Steele, Jr.