# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE PRATER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-2349 |
| | § | |
| COMMERCE EQUITIES | § | |
| MANAGEMENT COMPANY, INC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This court has approved the settlement agreement between the plaintiffs, Jasmine Prater, Christina Stroyick, and Angelica Murillo, and the defendants, Commerce Equities Management Company, Inc.; Commerce Equities Inc.; Commerce Equities – Settler's Ranch Ltd.; Bayou on the Bend Holdings, Ltd.; Mid Rise Builders, LLC; and Matthew G. Dilick, under which the parties agreed that all claims would be dismissed except the plaintiffs' claim for fees and costs of court, which would be decided by the court. This court has awarded the plaintiffs attorneys' fees in the amount of $117,553.04 and costs of court. Having approved the settlement and awarded fees to the plaintiffs as the prevailing parties, all claims are

dismissed with prejudice and the plaintiffs are awarded $117,553.04 in attorneys' fees and costs of court.

This is a final judgment.

SIGNED on December 8, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge